UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REGINALD LAMONT WILDER,

Plaintiff,

v.

MCCULLOCH, T BRYANSON, TAMM, L SCHULTZ, KEEHN, S NEVEROV, J FISCHER, VEVE, HENDRICSON, HUNT, PODANY, DENIS DOWD, and BRUCE ANDERSOHN,

Defendants.

CIVIL NO. 01-439 (JMR/JMM)

ORDER

The above matter is before the Court on Plaintiff's Motion for Extension to Respond to the Summons for the Defendants and Stay or Injunction for Plaintiff [Docket No. 3]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension to Respond to the Summons for the Defendants and Stay or Injunction for Plaintiff [Docket No. 3] is granted in that Plaintiff shall have until September 7, 2001 to serve the Summons and Complaint upon each named Defendant. The Motion is in all other respects denied.

Dated: April 24, 2001

JOHN M. MASON
United States Magistrate Judge

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## MEMORANDUM

Federal Rule of Civil Procedure 4(m) provides:

> **Time Limit for Service.** If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The Complaint in this action was filed on March 9, 2001. In his Motion, Plaintiff requests that the Court "stay" his case for 90 days from the date of his Motion, March 31, 2001, because he expects to be transferred to a different facility during that period.

Under Fed. R. Civ. P. 4(m), Plaintiff is required to serve the Summons and Complaint within 120 days of March 9, 2001, which would be July 9, 2001. We have granted Plaintiff an additional 60 days to effect service of the Summons and Complaint upon Defendants. If Plaintiff fails to serve Defendants on or before September 7, 2001, we will recommend to the District Court that this case be dismissed without prejudice.

J.M.M.