UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REGINALD LAMONT WILDER, CIVIL NO. 01-439 (JMR/JMM)

Plaintiff,

v. ORDER

MCCULLOCH, T BRYANSON, TAMM,
L SCHULTZ, KEEHN, S NEVEROV, J FISCHER,
VEVE, HENDRICSON, HUNT, PODANY,
DENIS DOWD, and BRUCE ANDERSOHN,

Defendants.

Plaintiff has filed a Motion Requesting this Action be Dismissed Without Prejudice. [Docket No. 5]. According to Rule 41(a)(1) of the Federal Rules of Civil Procedure, since none of the Defendants have served an Answer or Motion for Summary Judgment (nor, indeed, ever been served with a copy of the Complaint), Plaintiff can voluntarily dismiss this action without Order of the Court simply by filing a Notice of Dismissal. Plaintiff's pleading filed on August 16, 2001, although titled a Motion, serves as a Notice of Dismissal that satisfies the requirement of Rule 41(a)(1). The Court is aware that Plaintiff is proceeding *pro se*, and therefore is issuing this Order to clarify the status of his case.

IT IS HEREBY ORDERED that Plaintiff's Motion Requesting this Action be Dismissed Without Prejudice [Docket No. 5] shall be denominated in the record as a Notice of Dismissal. Plaintiff's Complaint shall be dismissed without prejudice pursuant to Rule 41(a)(1).

Dated: August 21, 2001

JOHN M. MASON
United States Magistrate Judge

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______